PRESTIGE BUILDERS, LLC *v.* INLAND WETLANDS
COMMISSION OF THE CITY OF ANSONIA ET AL.

The named defendant's petition for certification for
appeal from the Appellate Court, 79 Conn. App. 710
(AC 22718), is denied.

*Ronald F. Bozelko,* in support of the petition.

*Ian Angus Cole,* in opposition.

Decided June 2, 2004

PRESTIGE BUILDERS, LLC *v.* INLAND WETLANDS
COMMISSION OF THE CITY OF ANSONIA ET AL.

The petition by the defendant Arthur J. Rocque, Jr.,
commissioner of environmental protection, for certifi-
cation for appeal from the Appellate Court, 79 Conn.
App. 710 (AC 22718), is denied.

*Patricia A. Horgan,* assistant attorney general, in
support of the petition.

*Ian Angus Cole,* in opposition.

Decided June 2, 2004

STATE OF CONNECTICUT *v.* SHAWN BOULIER

The defendant's petition for certification for appeal
from the Appellate Court, 81 Conn. App. 824 (AC 23300),
is denied.

*David V. DeRosa,* special public defender, in support
of the petition.

*Rita M. Shair,* senior assistant state's attorney, in
opposition.

Decided June 2, 2004